## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WENDY CABRERA-LOPEZ,

Petitioner,

v.

L. MOLIS, Warden,

Respondent.

Case No. 25-CV-4730 (NEB/SGE)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

The Court has received the January 12, 2026 Report and Recommendation of United States Magistrate Judge Shannon G. Elkins (ECF No. 4.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.   The Report and Recommendation (ECF No. 4) is ACCEPTED;

2.   The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED; and

3.   The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 11, 2026                    BY THE COURT:

                                         s/Nancy E. Brasel
                                         Nancy E. Brasel
                                         United States District Judge